UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEISHA BANKHEAD,

               Plaintiff,

v.

EQUIFAX INFORMATION SERVICE LLC,
*et al.*,

               Defendant.

_____/

Case No. 25-cv-12868

Honorable Susan K. DeClercq
United States District Judge

## ORDER DISMISSING DEFENDANT EQUIFAX INFORMATION SERVICE LLC WITH PREJUDICE

On April 10, 2026, Plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Civil Rule 41(a)(1)(A)(ii). ECF No. 16. Having reviewed the Plaintiff's notice, Civil Rule 41, and this Court being otherwise fully advised in the premises:

**IT IS ORDERED** that Defendant Equifax Information Service LLC is **DISMISSED WITH PREJUDICE.**

**This is not a final order and does not close the above-captioned case.**

            */s/Susan K. DeClercq*
            SUSAN K. DeCLERCQ
            United States District Judge

Dated: April 16, 2026